UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| AUTUMN POSTON,<br><br>    Plaintiff,<br><br>v.<br><br>BAIRD NURSING OPERATIONS, LLC,<br>et al.,<br><br>    Defendants. | No. 1:23-CV-157-H |

### STATUS REPORT ORDER

Having reviewed the docket, the Court notes that several pretrial deadlines, including the deadlines for filing dispositive motions and completing fact discovery, have passed. *See* Dkt. No. 10. The case is set for trial during the three-week period beginning November 12, 2024. *Id.* at 1–2. The parties are therefore ordered to confer and jointly file a report as to the status of this case by September 5, 2024. In their joint report, the parties shall notify the Court as to whether they have resolved their dispute or settled the case. Otherwise, this case will remain set for trial during the three-week period beginning November 12, 2024.

So ordered on August 25, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE