IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| **AUTUMN POSTON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Case No. 1:23-cv-157-H |
| | § | |
| **BAIRD NURSING OPERATIONS, LLC, THCM, LLC, AND SCOTT DAVIS, INDIVIDUALLY,** | § § § § | |
| | § | |
| **Defendants.** | § | |

## THE PARTIES' JOINT MOTION FOR
## LEAVE TO MODIFY THE SCHEDULING ORDER

Plaintiff Autumn Poston ("Plaintiff") and Defendants Baird Nursing Operations, LLC ("Baird Nursing"), THCM, LLC ("THCM") and Scott Davis ("Davis") (collectively, "Defendants") (Plaintiff and Defendants are collectively, "the Parties") hereby move this Court for leave to modify the deadline for mediation in this matter to October 15, 2024. The current deadline is September 12, 2024, and the parties are unable to schedule mediation on or before this date.

The Parties anticipate that they will be able to both schedule and conclude mediation of this matter prior to October 15, 2024, and only seek to extend the date to October 15, 2024 in an abundance of caution.

Respectfully submitted,

WELMAKER LAW, PLLC


/s/  Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**

LILLARD WRIGHT PLLC


*/s/ Robert M. Hailey*
Robert M. Hailey
State Bar No. 24027362
rhailey@rwtrial.com
John Reenan
State Bar No. 00789777
jreenan@rwtrial.com
13760 Noel Road, Suite 930
Dallas, Texas 75240
(972) 267-8400 (Telephone)
(972) 267-8401 (Facsimile)

**ATTORNEYS FOR DEFENDANTS**