IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| AUTUMN POSTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:23-cv-157-H |
| | § | |
| BAIRD NURSING OPERATIONS, LLC, THCM, LLC, AND SCOTT DAVIS, INDIVIDUALLY, | § § § | |
| | § | |
| Defendants. | § | |

## THE PARTIES' JOINT STATUS REPORT

Plaintiff Autumn Poston ("Plaintiff") and Defendants Baird Nursing Operations, LLC ("Baird Nursing"), THCM, LLC ("THCM") and Scott Davis ("Davis") (collectively, "Defendants") (Plaintiff and Defendants are collectively, "the Parties") hereby file the following Joint Status Report:

The Parties have engaged in informal settlement discussions, although they have not yet come to a resolution. At this time, the Parties think they would be best served by scheduling a half day Zoom mediation, and are in the process of trying to arrange a mediation and coordinate their schedules. While the Scheduling Order does not require mediation, it does state that if mediation is to occur, it must occur prior to September 12, 2024. ECF 10, p. 10.

Because the Parties believe that mediation may help resolve their outstanding issues, they are, simultaneously with the filing of this Joint Report, filing a Motion for Leave to Modify the Scheduling Order to provide the Parties a window of approximately 30 additional days, until October 15, 2024, in which to mediate this matter, with the understanding that the Parties will endeavor to schedule the mediation as soon as possible, and will report to the Court once mediation has both been scheduled and has occurred.

Respectfully submitted,

WELMAKER LAW, PLLC


/s/  Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**

LILLARD WRIGHT PLLC


*/s/ Robert M. Hailey*
Robert M. Hailey
State Bar No. 24027362
rhailey@rwtrial.com
John Reenan
State Bar No. 00789777
jreenan@rwtrial.com
13760 Noel Road, Suite 930
Dallas, Texas 75240
(972) 267-8400 (Telephone)
(972) 267-8401 (Facsimile)

**ATTORNEYS FOR DEFENDANTS**