UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

AUTUMN POSTON,

    Plaintiff,

v.                                                       No. 1:23-CV-157-H

BAIRD NURSING OPERATIONS, LLC,
et al.,

    Defendants.

### ORDER GRANTING EXTENSION OF TIME TO COMPLETE MEDIATION

Before the Court is the parties' Joint Motion for Leave to Modify the Scheduling Order. Dkt. No. 12. The Court is also in receipt of the parties' Joint Status Report (Dkt. No. 13), in which the parties represent that they have engaged in settlement discussions and feel resolution of the case would be best served by a half-day mediation. Dkt. No. 13 at 1. The Court, finding good cause for an extension of the mediation deadline, grants the motion. It is therefore ordered that the parties shall complete mediation and report the results to the Court by October 15, 2024. Any mediation conducted and reported to the Court by that date shall be deemed timely. All other dates and deadlines contained in the Court's original scheduling order remain in effect. *See* Dkt. No. 10.

So ordered on September 6, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE