# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# ABILENE DIVISION

| | |
|---|---|
| **AUTUMN POSTON,** § § | |
| **Plaintiff,** § § | |
| v.  § | Case No. 1:23-cv-157-H |
| § | |
| **BAIRD NURSING OPERATIONS, LLC,** § **THCM, LLC, AND SCOTT DAVIS,** § **INDIVIDUALLY,** § § | |
| **Defendants.** | |

## JOINT NOTICE OF SETTLEMENT OF CASE

Plaintiff Autumn Poston and Defendants Baird Nursing Operations, LLC, THCM LLC and Scott Davis ("the Parties") file this Joint Notice of Settlement of Case and would respectfully show the Court as follows:

1. On October 1, 2024, the parties reached a settlement in this case.

2. The parties are in the process of preparing the settlement documents and expect to file a joint stipulation of dismissal with prejudice, with each party to bear its own costs and attorney's fees, within the next 30 days.

Respectfully submitted,

WELMAKER LAW, PLLC


/s/  Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**

WRIGHT HAILEY & RUSSELL, PLLC


/s/ Robert M. Hailey
Robert M. Hailey
State Bar No. 24027362
rhailey@rwtrial.com
John Reenan
State Bar No. 00789777
jreenan@rwtrial.com
13760 Noel Road, Suite 930
Dallas, Texas 75240
(972) 267-8400 (Telephone)
(972) 267-8401 (Facsimile)

**ATTORNEYS FOR DEFENDANTS**


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on October 1, 2024.

/s/ Douglas B. Welmaker
Douglas B. Welmaker