UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

AUTUMN POSTON,

    Plaintiff,

v.

BAIRD NURSING OPERATIONS, LLC, et al.,

    Defendants.

No. 1:23-CV-157-H

## ORDER

On October 1, 2024, the plaintiff filed a notice of settlement. Dkt. No. 15. The notice states that "the parties reached a settlement in this case" and that they "expect to file a joint stipulation of dismissal . . . within the next 30 days." *Id.* Thus, the Court administratively closed the case and ordered the parties to submit either a joint stipulation of dismissal or a joint status report no later than December 2, 2024. Dkt. No. 16.

Nearly three months have passed since the Court administratively closed the case, and the parties have not filed dismissal papers or a status report. Accordingly, the parties are directed to file a status report regarding the settlement no later than January 13, 2025. If a final settlement has been executed, the parties must submit a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and a proposed order.

So ordered on December 30, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE