# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# ABILENE DIVISION

| | |
|---|---|
| **AUTUMN POSTON,** § § | |
| **Plaintiff,** § § | |
| **v.** § § | Case No. 1:23-cv-157-H |
| **BAIRD NURSING OPERATIONS, LLC, THCM, LLC, AND SCOTT DAVIS, INDIVIDUALLY,** § § § § § | |
| **Defendants.** | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Autumn Poston and Defendants Baird Nursing Operations, LLC, THCM LLC and Scott Davis ("the Parties") file this Joint file this Joint Stipulation of Dismissal With Prejudice regarding Plaintiff's claims against Defendants pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(l)(A)(ii).

This case is not a class action and a receiver has not been appointed. Additionally, this action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

Plaintiff hereby dismisses, with prejudice, all claims against Defendants. Plaintiff and Defendants will bear their own costs of suit.

As indicated by their attorneys' signatures below, all parties who have appeared in the action stipulate to the dismissal, with prejudice, of Plaintiff's claims against Defendants.

Respectfully submitted,

WELMAKER LAW, PLLC


/s/  *Douglas B. Welmaker*
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**

WRIGHT HAILEY & RUSSELL, PLLC


*/s/ Robert M. Hailey*
Robert M. Hailey
State Bar No. 24027362
rhailey@rwtrial.com
John Reenan
State Bar No. 00789777
jreenan@rwtrial.com
13760 Noel Road, Suite 930
Dallas, Texas 75240
(972) 267-8400 (Telephone)
(972) 267-8401 (Facsimile)

**ATTORNEYS FOR DEFENDANTS**


### CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on December 30, 2024.

> */s/ Douglas B. Welmaker*
> Douglas B. Welmaker